UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                                    :

RICHARD A. D'AMICO                        :    BK No. 08-12436
         Debtor                                   Chapter 7

- - - - - - - - - - - - - - - - - -x

## ORDER DENYING MOTION TO AMEND INFORMAL PROOF OF CLAIM

Heard on Creditor Gary Marinosci's Motion to Amend an Informal Proof of Claim, and the Trustee's Objection.  For the reasons stated and argued by the Trustee, the Motion is **DENIED**.  However, this ruling is without prejudice to any right of Mr. Marinosci under 11 U.S.C. § 501(d) to file a proof of claim.

Entered as an Order of this Court.

Dated at Providence, Rhode Island, this    22nd    day of March, 2011.

                                          _____
                                          Arthur N. Votolato
                                          U.S. Bankruptcy Court

Entered on docket: 3/22/11